IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON


DENISE BURGESS,                        3:13-cv-01593-ST

            Plaintiff,                 ORDER

v.

CAROLYN W. COLVIN,
Commissioner, Social Security
Administration,

            Defendant.


BROWN, Judge.

    Magistrate Judge Janice M. Stewart issued Findings and

Recommendation (#28) on August 31, 2015, in which she recommends

this Court award attorneys' fees to Plaintiffs in the amount of

$4,971.42 pursuant to 42 U.S.C. § 406(b).  The matter is now

before this Court pursuant to 28 U.S.C. § 636(b)(1)(B) and

Federal Rule of Civil Procedure 72(b).

    Because no objections to the Magistrate Judge's Findings and

Recommendation were timely filed, this Court is relieved of its

1 - ORDER

obligation to review the record *de novo*. *See Dawson v. Marshall*, 561 F.3d 930, 932 (9th Cir. 2009). *See also United States v. Reyna-Tapia*, 328 F.3d 1114, 1121 (9th Cir. 2003)(*en banc*). Having reviewed the legal principles *de novo*, the Court does not find any error.

<u>**CONCLUSION**</u>

The Court **ADOPTS** Magistrate Judge Stewart's Findings and Recommendation (#28). Accordingly, pursuant to 42 U.S.C. § 406(b), the Court **AWARDS** attorneys' fees to Plaintiffs in the amount of **$4,971.42**.

IT IS SO ORDERED.

DATED this 28th day of September, 2015.

/s/ Anna J. Brown

_____
ANNA J. BROWN
United States District Judge